Plaintiff's Name **Miguel Jaime**
Inmate No. **#AY-3208**
Address **P.V.S.P — A2 #218**
**P.O. Box 8500**
**Coalinga CA, 93210**

**FILED**

NOV 02 2023

CLERK U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

FOR THE EASTERN DISTRICT OF CALIFORNIA

**Miguel Jaime**
(Name of Plaintiff)

Case Number: **1:23 CV 01145 ADA SAB**

VS.

**Kern Medical**

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ 42 U.S.C. 1983 (State Prisoner)

☐ <u>Bivens</u> Action [403 U.S. 388 (1971)] (Federal Prisoner)

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes____ No ✓

B. If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff _____ n/a

Defendants _____

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_____

3. Docket Number _____  4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

**RECEIVED**
NOV 03 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6. Filing Date (approx.) _____   7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓   No ____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓   No ____

C. Is the process completed?

Yes ✓   If your answer is yes, briefly explain what happened at each level.

No action was taken.

No ____   If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name _____ is employed as _____

Current Address/Place of Employment _____

B. Name _____ is employed as _____

Current Address/Place of Employment _____

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Please See Attachment #1

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

PlEASE SEE ATTACHMENT #1

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Please see Attachment No 1

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

Please see Attachment No 1

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Plantiff would like for the court to take action in this matter and granted the amount of $50,000.00 for pain and suffer.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10-28-23    Signature of Plaintiff: _[signature]_

(Revised 4/4/14)

United States District Court Eastern District of California, Permitted a Second Screening order granting plaintiff Leave to file An Amended Complaint.

On the first Complaint plaintiff's allegation are he believes his Due Process rights were violated when his prescription for Suboxone was Stopped simply because a note ("Kite") was found inside the plaintiffs unit which implicated plaintiff of selling Suboxone. plaintiff asserted he was never found guilty of the allegation. In addition he states that there was no investigation on this allegation and there is no Incident report. Thus, There is no proof of plaintiff Selling his Suboxone moreover there is no proof of plaintiff brought his Suboxone to his cell the day of the allegation. On his first Complaint plaintiff even explain the process that medical Staff use to provide the medication inside the unit additionally, plaintiff believes that Kern medical ~~that~~ and Doe#1 (the Lerdo Jail M.A.T program manager) Violated his due process rights Because all the staff members jumped the gun and stopped abruptly his Suboxone Knowing that when this medication is abruptly stopped Causes SErious withdrawl and increases the risk of Cause an Overdose on Opioids as clearly as did to plaintiff.

Thus, plaintiff claims he was Subjected to gross negligence, emotional distress, Suffering and impairment of enjoyment of life.

Without any bad intension, in the first amended Complaint, Plaintiff names Kern medical as the sole defendant. But in the Original Complaint plaintiff named Dr. Holton, Marjorie, C.K Kaufman Dr. Sarah Gonzalez, and Does #1 through #3 as defendants.

As was asserted by plaintiff's Complaint does not specifically mention or Link staff members to any Conduct which states Violation of plaintiff's Constitutional rights. Therefore, the amended Complaint has some allegations Linking defendants to alleged Violation Compared to the Original Complaint and for this reason the District Court Stated that plaintiff fails to state a Cognizable Claim for relief.

In addition, the District Court mentioned that the Standards that apply differ according to plaintiff's Status at the time of the incident, either as a pre-trial detainee or a Convicted Prisoner. Thus, after this explanatory plaintiff understands that he's protected by the fourteenth Amendment's due process Clause... Under the due process Clause, detainees have a right against Jail Conditions or Restrictions that amount to Punishment. Therefore, Plaintiff has raised Claims that he believes and understands were "frivolous and Malicious", his due process rights were violated when his prescription for Suboxone was stopped merely because a note ("Kite") was Found and implicated him of Selling his Suboxone. he was never found guilty of the allegation. As mention supra Under the due process clause detainees have a right against Jail Conditions or restrictions that Amount to punishment. Plaintiff acknowledged that

that the action took by medical staff from Kern County Pre-trial dentention Facility of abruptly stopped his prescription for Suboxone is under the against Jail Conditions and restriction that amount punishment because medication is provided to Inmates under the Jail Condition standard as well the restrictions that Amount Punishment. which plaintiff Claimed he suffered unnecessary punishment when he started to feel Sick and his increase risk of overdose began.

However the district Court Stated that plaintiff has omitted a bulk of factual allegations in relation of his discontinuance of Plaintiffs Suboxone. Additionally, plaintiff has also ommited on the amended Complaint that he had a positive drug test on march 9, 2022, that plaintiff was offered Vivitrol instead of Suboxone, and that he filed several grievances which were Promptly reviewed by medical Personnel. Thus, Petitioner had Left the above mentioned factual allegations in the amended Complaint, However plaintiff is stating now that he omitted this information unintantionally.

But It's clear from plaintiffs amended Complaint that the reason for the discontinuance of his prescription for Suboxene is because a "Kite" was found inside plaintiffs unit which Suggested plaintiff was selling his Suboxone along with his subsequent positive drug test. while plaintiff asserted that he was not found guilty for selling drug, The District Court Stated that

plaintiff provided no authority suggesting that a guilty finding is necessary for medical personal to discontinue medication. Accordingly the Court finds that plaintiff fails to state a cognizable claim for relief.

Plaintiff disagrees with the Court, no Authority was provide because now plaintiff is in Prison rather than County Jail and the access to any county Jail handbook, information, policies are impossible to find due to the lack of resources inside the Prison additionally, plaintiff was never Provided with documentation stating that if an Inmate is guilty of selling his suboxone this prescription would be stopped immideatily without a warning.

Accordingly, the Court finds that plaintiff fails to state a cognizable claim for relief. Plaintiff disagrees with the district court because plaintiff was a detainee inside a County Jail and he has a right against jail conditions and restrictions that amount to punishment. Thus, Plaintiff is protected under the fourteenth amendments Due Process Clause and how plaintiff had stated his due process was violated. Therefore plaintiff has not fail to provide a cognizable claim for relief under the Federal Law. See 28 U.S.C. § here the District Court Stated has yet find a cognizable federal claim but plaintiff disagrees because his due process violation is Federal Law.

In addition, the Court District mentioned that in order to procced with a State law claim, Plaintiff is informed that violation of State tort Law, State regulations rules and policies of the C.D.C.R. or other State Law are not Sufficient to State a claim for relief under § 1983.

Further, the Court District Stated that in order to State a tort claim against a public entity or public employee under State law, a plaintiff must allege Compliance with the presentment of claims requirement of the California Government Claims Act. Therefore, on October 29, 2023 Plaintiff mailed out his claim form to Comply with the requirements of the California Government Claims Act. Now plaintiff awaits for a responce on his favor or a denied been rejected by the board. Plaintiff understands that a claim must be Presented within six months after accrual otherwise plaintiff may file a written application if he missed the six months deadline date which he did.

Now, plaintiff Complianced with the claims presentation Provision of the Goverment claims Act. By Presenting the Claim for money or damages to a public entity, the plaintiff is not bar from filing a lawsuit against the entity. The District Court states that "Compliance with Californias Claim filing statute is... An element of a Cause of action against the State." United States V. States of Calf; 655 F.2d 914, 918 (9Th cir 1980) (citations omitted).

Complaints that due not allege facts demonstrating either that a Claim was timely Presented or that Compliance with the claims Statute is excused are Subjected to a general semurrer for not stating facts Sufficent to Constitute a Cause of action. Rubenstein V. Doe n.o 2,3 Cal. 5th 903, 906, 221, Cal. Rptr. 3d 761 400 P. 3d 372 (2017) (citation and quotations omitted). Accordingly The District Court plaintiff cannot Proceed with any state Laws claim without proper Compliance with The Government claims Act. Thus, plaintiff agreed and Consequent he filed the Claim to Comply with the California's Laws.

The district Court stated that for the reasons discussed, Plaintiff fails to state a Cognizable claim for relief and shall be granted Leave to file an amended Complaint to wae the deficiences indentified in its order, if he believes he can do so In good Faith. See Lopez v. Smith 203 F.3d 1122, 1127 (9th cir 2000).

Plaintiffs amended Complaint should be brief, Fed. R. Civ. P. 8(a), but it must state what each named defendant did that led to the deprivation of plaintiffs Constitutional rights.

As plaintiff had raised the issue in this matter that his due process right was violated and the reasons stated why his prescription of Suboxone was stopped abruptly were considered frivolous and malicious which lack of legal merit because a M.A.T program contract was signed by the plaintiff after his prescription was stopped prior to that he did not violate any policy or rules of the M.A.T program Because he was not aware of. Thus, now plaintiff is briefing explaining what each named defendant did that led them to deprive the plaintiff's Constitutional Rights.

Here its obvious that each defendant realistically is liable for the misconduct alleged; on 3-10-22 around 9:30 am plaintiff saw Dr. Holton, Plaintiff explained his concern about his severe withdrawal because of the abruptly stopped of his Suboxone. Dr. Holton stated "I'm not going to argue with you" and sent back plaintiff to his unit's cell. Dr. Holton Violated my due process because she was Frivolous and Maliciously caused the plaintiff pain, she knew plaintiff was under pain.

Plaintiff knows that Dr. Holton seen other inmates who suffered withdraw when Suboxone is stopped abruptly. Therefore, plaintiff plausible infered that Dr. Holton acted intentionally Frivolous and maliciously against Plaintiff. In addition on 6-9-22 plaintiff was seen by Dr. Holton to discuss the M.A.T Contract that plaintiff had signed on 4-25-22. Thus 46 days after plaintiff Signed the M.A.T Contract, he was seen by Dr. Holton, on this date 6-9-22 Dr. Holton said "Cant put you Back on Suboxone because you were using opiates." Dr. Holton, also said "I Cant give you Back your Suboxone because you are a Heroin user." Further, Dr. Holton accused plaintiff of Selling his Suboxone without any proof. Finally, Dr. Holton Said "were Done Here." and sent plaintiff back to his unit.

Doe#2 the Facility medical provider had plaintiff Signed the M.A.T Program Contract on 4-25-22. She was also indifferent, Frivolous and unsensible to the pain plaintiff was informing Doe#2 he was going through. Doe#2 intention was only for plaintiff to sign the M.A.T Program Contract because Doe#2 discovered Plaintiff hasn't signed the M.A.T program Contract This is an obvious misconduct By Doe#2 plaintiff believed that by signing the M.A.T program Contract he will be back on Suboxone. Plaintiff informed Doe#2

That he was experienced severe withdrawl symptoms and it was painful and that he was craving other drugs, But Doe#2 Seen pleasant and relaxed referred plaintiff to Dr. Gonzalez the M.A.T Physician. Doe#2 had already informed Dr. Gonzalez about the plaintiff withdrawl and pain but Dr. Gonzalez was also frivolous and with malicious because Dr. Gonzalez knows the effect of stopping Suboxone abruptly Intentionally or not Dr. Gonzalez caused pain to the Plaintiff and violated his Due process Right. By Stopping his prescription suboxone without the adecuated protocol. Dr. Gonzalez is liable for the pain plaintiff suffered.

Appear that all these personnal had the plaintiff as a Ping Pong Ball. Lastly nurse K. Kalfman answered the grievances dated. 29, 30 of May 2022 on the grievances response plaintiff was informed that he will be seen by a provider on June 6, 2022 to discuss plaintiffs Suboxone, but plaintiff was never seen by the provider whom K. Kalfman had responsed on the grievance further on June 9, 2022 plaintiff submitted another grievance again K. Kalfman answered the June 9, 2022 grievance which explained that the provider will not be prescribing Suboxone. K. Kalfman was untruthful towards plaintiff and K. Kalfman is liable for the misconduct because the nurse

Deprived plaintiff of his due process rights K. Kalfman also acted indifferent frivolous and with malicious.

In Conclusion for the reason Stated by plaintiff above his claim shall be granted for relief or that a monetary relief shall be granted if the defendant is Immune from such Relief.

I Declare under penalty of Perjury that the foregoing is true and Correct

Date 10-28-23                Signature mg l Jrie