UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL JAIME,<br><br>              Plaintiff,<br><br>       v.<br><br>KERN MEDICAL, et al.<br><br>              Defendants. | No.  1:23-cv-01145-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 16) |

      Plaintiff Miguel Jaime is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 11, 2023, the magistrate judge issued a screening order granting plaintiff leave to file an amended complaint.  Doc. 11.  After plaintiff amended his complaint, the magistrate judge issued a second screening order and again granted plaintiff leave to amend.  Doc. 13.  Plaintiff thereafter filed a second amended complaint.

      On January 9, 2024, the magistrate judge issued findings and recommendations recommending that the instant action be dismissed for failure to state a cognizable claim for relief.  Doc. 16.  The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen days.  *Id.* at 9.  No objections were filed and the time to do so has passed.

1    In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
2 this case. After carefully reviewing the file, the Court finds the findings and recommendations
3 are supported by the record and proper analysis.
4    Accordingly:
5    1. The findings and recommendations issued on January 9, 2024, Doc. 16, are adopted
6       in full;
7    2. This action is dismissed for failure to state a claim upon which relief can be granted;
8       and
9    3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   October 13, 2025                    _____
                                                UNITED STATES DISTRICT JUDGE

2